```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X

JOHN HOGAN,

               Plaintiff,        :    ECF

        - against -              :    07 Civ. 8563 (VM) (AJP)

JPMORGAN CHASE & CO.,            :    STIPULATION

               Defendant.        :

-----------------------------------------X
```

> **USDS SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> DOC #: _____
> DATE FILED: 11-30-07

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that the time for Defendant JPMorgan Chase Bank, N.A. (incorrectly named as JPMorgan Chase & Co.), to move, answer, object or otherwise plead against the Complaint in this action is extended from Monday, December 3, 2007 to and including Friday, December 21, 2007.

Dated: November 22, 2007

LAW OFFICES OF HARRY WEINBERG

By: _____
    Harry Weinberg, Esq.
11 Beach Street
New York, New York 10013
(212) 989-2908

Attorney for Plaintiff

Dated: November 27, 2007

JPMORGAN CHASE LEGAL AND
COMPLIANCE DEPARTMENT

By: _____
    Frederic L. Lieberman, Esq.
Attorneys for Defendant
One Chase Manhattan Plaza, 26th Floor
New York, New York 10081
(212) 552-1815

**SO ORDERED:**

_____
11-30-07
DATE    VICTOR MARRERO, U.S.D.J.

102802:v1