UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

JOHN HOGAN,                                    :

            Plaintiff,                     :

            07 Civ. 8563 (VM)

   - against -                                :

            **NOTICE OF APPEARANCE**

JPMORGAN CHASE & CO.,                          :

           Defendant.                     :

------------------------------------------------------X

     **PLEASE TAKE NOTICE** that Frederic L. Lieberman, Assistant General Counsel, JPMorgan Chase Legal and Compliance Department, hereby appears for and on behalf of Defendant JPMorgan Chase & Co. in the above-entitled action.

Dated: December 21, 2007

                        JPMORGAN CHASE LEGAL AND
                        COMPLIANCE DEPARTMENT

                        By: _____
                            Frederic L. Lieberman, Esq.
                       Attorneys for Defendant and Counter-Claim
                         Plaintiff JPMorgan Chase & Co.
                       One Chase Manhattan Plaza, 26th Floor
                       New York, New York 10081
                       (212) 552-1815
                       frederic.l.lieberman@jpmchase.com

To:    Harry Weinberg, Esq.
       Law Offices Of Harry Weinberg
       11 Beach Street
       New York, New York 10013
       (212) 989-2908

       Attorney for Plaintiff