UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

JOHN HOGAN,                             :

               Plaintiff,       :
                                             07 Civ. 8563 (VM)
     - against -                          :
                                             **RULE 7.1 STATEMENT**

JPMORGAN CHASE & CO.,                  :

              Defendant.    :

------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant JPMorgan Chase Bank, N.A., erroneously named as JPMorgan Chase & Co., certify that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the party's stock:

      JPMorgan Chase & Co.

Dated: December 21, 2007

                                              **JPMORGAN CHASE LEGAL AND COMPLIANCE DEPARTMENT**

                                              By: _____
                                                   Frederic L. Lieberman, Esq.
                                           Attorneys for Defendant
                                           One Chase Manhattan Plaza, 26th Floor
                                           New York, New York 10081
                                           (212) 552-1815
                                           frederic.l.lieberman@jpmchase.com

163016:v1