ATTORNEY'S CERTIFICATION OF SERVICE

      HARRY WEINBERG, an attorney licensed to practice in this Court, hereby certifies under penalties of perjury that:

      On December 31, 2007, I served the annexed Reply to Counter-Claims dated December 31, 2007 upon the following persons by mailing a true and complete copy thereof in a postage pre-paid envelope, and depositing same in a post office or official depository of the United States Postal Service within New York State, at the last known address of the addressee(s) as set forth below:

      Frederic L. Lieberman, Esq.
      JPMorgan Chase & Co.
      One Chase Manhattan Plaza
      New York, N.Y.  10081

Certified this 31st day of December, 2007

                                                                                           HARRY WEINBERG (HW 0574)