UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

JOHN HOGAN,                                    :

            Plaintiff,           :
                                            07 Civ. 8563 (VM)
   - against -                               :
                                            **DEFENDANT'S RULE 26**
JPMORGAN CHASE & CO.,                 :      **DISCLOSURE STATEMENT**

            Defendant.           :

-------------------------------------------------------X

      Defendant JPMorgan Chase & Co. ("JPMorgan Chase"), by its attorney, JPMorgan Chase Legal and Compliance Department, Frederic L. Lieberman, Assistant General Counsel, as and for its disclosure pursuant to Fed. R. Civ. P. 26, asserts as follows:

      A.    The name and, if known, the address and telephone number of each individual other than Plaintiff likely to have discoverable information that the disclosing party may use to support its claims or defenses:

| Name | Address |
|---|---|
| Randall Berini | c/o JPMorgan Chase Legal and Compliance Department, 1 Chase Manhattan Plaza, 26th Floor, New York, New York  10081 (212) 552-1815 |
| Maritza Diez | c/o JPMorgan Chase Legal and Compliance Department, 1 Chase Manhattan Plaza, 26th Floor, New York, New York  10081 (212) 552-1815 |
| Debra Crabtree | c/o JPMorgan Chase Legal and Compliance Department, 1 Chase Manhattan Plaza, 26th Floor, New York, New York  10081 (212) 552-1815 |
| Dorothy Valenti | c/o JPMorgan Chase Legal and Compliance Department, 1 Chase Manhattan Plaza, 26th Floor, New York, New York  10081 (212) 552-1815 |

Randall Berini is likely to have knowledge of Plaintiff's employment, job responsibilities and performance with JPMorgan Chase during some or all of the relevant time period, the employment, performance and job responsibilities of other persons under his management and supervision during some or all of the relevant time period, of various events referred to in Plaintiff's Complaint and Defendant's Answer and Counter-Claims, and of relevant JPMorgan Chase policies and procedures in effect during the relevant time period.

Maritza Diez is likely to have knowledge of Plaintiff's employment, job responsibilities and performance with JPMorgan Chase during some or all of the relevant time period, the employment, performance and job responsibilities of other persons under Randall Berini's management and supervision during some or all of the relevant time period, of various events referred to in Plaintiff's Complaint and Defendant's Answer and Counter-Claims, and of relevant JPMorgan Chase policies and procedures in effect during the relevant time period.

Debra Crabtree is likely to have knowledge concerning the Executive MBA Education Loan Agreement between Plaintiff and Defendant, of various events referred to in Plaintiff's Complaint and Defendant's Answer and Counter-Claims, and of relevant JPMorgan Chase policies and procedures in effect during the relevant time period.

Dorothy Valenti is likely to have knowledge concerning the Executive MBA Education Loan Agreement between Plaintiff and Defendant, of various events referred to in Plaintiff's Complaint and Defendant's Answer and Counter-Claims, and of relevant JPMorgan Chase policies and procedures in effect during the relevant time period.

B.    Documents, data compilations, and tangible things that the disclosing party may use to support its claims and defenses:

- Plaintiff's employee records file, if any;

- Plaintiff's AccessHR file, if any;

- Relevant documents and/or files, if any, maintained by JPMorgan Chase's Human Resources Department concerning Plaintiff;

- Relevant documents and/or files, if any, maintained by JPMorgan Chase's Commercial Banking Middle Market department concerning Plaintiff;

- Relevant documents and/or files, if any, maintained by any individual JPMorgan Chase manager or supervisor regarding Plaintiff;

- Relevant documents and/or files, if any, maintained by JPMorgan Chase's Employee Relations Department concerning Plaintiff;

- Relevant documents and/or files, if any, concerning the Executive MBA Education Loan Agreement between Plaintiff and Defendant;

- Relevant JPMorgan Chase policies, plans, and programs; and

- Relevant documentary communications, if any, whether in letter, memorandum, email, or other format.

C.  The provisions of Fed. R. Civ. P. 26(a)(1)(C) are not applicable because Defendant is not seeking damages at this time from Plaintiff.

D.  Defendant is investigating what, if any, insurance agreements may apply to Plaintiff's claims and will supplement its response as appropriate.

**RESERVATION OF RIGHTS**

Defendant reserves its right to supplement and/or amend its Rule 26 Disclosure Statement if and when it deems it appropriate.

Dated: January 8, 2008

JPMORGAN CHASE LEGAL AND
COMPLIANCE DEPARTMENT

By: _____
Frederic L. Lieberman, Esq.
Attorneys for Defendant and Counter-Claim
Plaintiff JPMorgan Chase & Co.
One Chase Manhattan Plaza, 26th Floor
New York, New York 10081
(212) 552-1815
frederic.l.lieberman@jpmchase.com

To:  Harry Weinberg, Esq.
Law Offices Of Harry Weinberg
11 Beach Street
New York, New York 10013
(212) 989-2908

Attorney for Plaintiff

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

JOHN HOGAN, :

          Plaintiff, :

        07 Civ. 8563 (VM)

   - against - :

        **CERTIFICATE OF SERVICE**

JPMORGAN CHASE & CO., :

          Defendant. :

------------------------------------------------------X

    I hereby certify that on January 8, 2008 I caused a copy of the following documents:

**DEFENDANT'S RULE 26 DISCLOSURE STATEMENT,**

**DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF,**

**DEFENDANT'S FIRST REQUEST TO PLAINTIFF
FOR PRODUCTION OF DOCUMENTS
and
NOTICE OF DEPOSITION**

to be served by first class mail directed to the attorney of plaintiff at the following address:

      Law Offices of Harry Weinberg
      Harry Weinberg, Esq.
      11 Beach Street
      New York, New York 10013

Dated: New York, New York
       January 8, 2008

                                                Frederic L. Lieberman

163687:v1