# JPMorganChase

**JPMorgan Chase & Co.**
Legal and Compliance Department
One Chase Manhattan Plaza
New York, NY 10081

**Frederic L. Lieberman, Esq.**
Vice President and
Assistant General Counsel
[212] 552-1815
[Fax] 552-1630

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-12-08
```

March 12, 2008

Via facsimile (212) 805-6382

```
Request GRANTED. The Conditional Order of Discontinuance herein
is amended to extend until  4-14-08  the date by which
plaintiff may restore the action to the Court's active calendar.

SO ORDERED.

3-12-08
DATE                           VICTOR MARRERO, U.S.D.J.
```

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: John Hogan v. JPMorgan Chase & Co.
(U.S. Dist. Ct., S.D.N.Y., 07 Civ. 8563 (VM) (AJP))

Your Honor:

The JPMorgan Chase Legal and Compliance Department represents Defendant in the above-entitled action. On February 15, 2008, after being advised by Defendant that the parties reached an agreement in principle to resolve this matter, the Court issued a Conditional Order of Discontinuance dismissing this action without prejudice to restoring the matter to the Court's active calendar by March 17, 2008 if the settlement was not consummated. Although the parties having been working to memorialize the terms of their agreement and effectuate the resolution, there remains an open issue concerning the tax consequences of the settlement, which is under review by Defendant's Tax Department. I expect that issue to be resolved shortly. Accordingly, in order to complete that process and the settlement documents, I am writing to request that the March 17, 2008 deadline for restoration of the action to the Court's active calendar be extended to April 14, 2008. I spoke with Plaintiff's attorney and he concurs with this request.

Respectfully,

FLL
cc: Harry Weinberg, Esq. (via facsimile)