MARRERO, 5

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-9-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

JOHN HOGAN,                           :
                  Plaintiff,          :   07 Civ. 8563 (VM)
       - against -                    :   STIPULATION OF VOLUNTARY
                                          DISMISSAL WITH PREJUDICE
JPMORGAN CHASE & CO.,                 :   PURSUANT TO FED. R. CIV. P.
                                          41(a)(1)
                  Defendant.          :
----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned action be dismissed in its entirety as to all claims by Plaintiff and all counter-claims by Defendant, with prejudice, and with no award of counsel fees or costs by the Court to either side.

Dated: April 9, 2008

LAW OFFICES OF HARRY WEINBERG

By: _____
Harry Weinberg, Esq.
Attorney for Plaintiff
11 Beach Street
New York, New York 10013
(212) 989-2908
harryesq@aol.com

Dated: April 9, 2008

JPMORGAN CHASE LEGAL
AND COMPLIANCE DEPARTMENT

By: _____
Frederic L. Lieberman, Esq.
Attorneys for Defendant and Counter-Claim
Plaintiff JPMorgan Chase & Co.
One Chase Manhattan Plaza, 26th Floor
New York, New York 10081
(212) 552-1815
frederic.l.lieberman@jpmchase.com

SO ORDERED:
_____
4-9-08
DATE   VICTOR MARRERO, U.S.D.J.

SO ORDERED:
_____
U.S.D.J.